UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMONTA R CUMMINGS,<br><br>  Petitioner,<br><br>  v.<br><br>LUIS MARTINEZ, Warden,<br><br>  Respondent. | Case No. 22-cv-02385-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 9 |

Good cause being shown, Respondent's request for an extension of time to answer the Court's Order to Show Cause is GRANTED. Dkt. No. 9. Petitioner shall file an answer to the Court's Order to Show Cause by August 17, 2022. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: 7/19/2022

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge