UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMONTA R CUMMINGS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Respondents. | Case No. 22-cv-02385-HSG<br><br>**JUDGMENT** |

　　The Court has denied the petition for a writ of habeas corpus, and denied a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 30, 2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge